# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 23-10748-MDC

MONICA  MOMBRUN

1003 WAKELING STREET

PHILADELPHIA, PA 19124-

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

MONICA  MOMBRUN

1003 WAKELING STREET

PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

                                 /S/ Kenneth E. West

Date: 10/31/2023                         _____

                                 Kenneth E. West, Esquire
                                 Chapter 13 Standing Trustee