IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                          :
                                               :        Chapter 13
        Monica Mombrun                         :
                                               :        Bankruptcy No. 23-10748 (mdc)
                                Debtor.        :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan., filed on September 14, 2023 [Docket No. 51].

          Respectfully submitted,

          THE CITY OF PHILADELPHIA

Dated: December 5, 2023    By:   /s/ Pamela Elchert Thurmond
          PAMELA ELCHERT THURMOND
          Senior Attorney
          PA Attorney I.D. 202054
          City of Philadelphia Law Department
          Tax & Revenue Unit
          1401 JFK Blvd., 5th Floor
          Philadelphia, PA  19102-1595
          215-686-0508 (phone)
          215-686-0588 (facsimile)
          Email: Pamela.Thurmond@phila.gov