United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10748-mdc |
| Monica Mombrun | Chapter 13 |
| Monica Mombrun | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 08, 2023 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monica Mombrun, MAILING ADDRESS, 1003 wakeling street, Philadelphia, PA 19124-2527 |
| db | + | Monica Mombrun, 900 Maryland Ave, Wilmington, DE 19805-4837 |
| 14773129 | | Credito Real USA/AFS Acceptance, Attn: Bankruptcy Attn: Bankruptcy, 1475 W Cypress Rd , Ste 300, Fort Lauderdale, FL 33309 |
| 14773133 | | Kenneth L. Baritz & Associates, P.C., 100 S Broad St Ste 1205, Philadelphia, PA 19110-1015 |
| 14773134 | | Law Offices of James D. Famiglio, P.C., 811 N Providence Rd, Media, PA 19063-2538 |
| 14773136 | | Northeast Apartment Association LP, 2300 Hartel Ave, Philadelphia, PA 19152-3846 |
| 14773138 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14773139 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773141 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14773145 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14769491 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 09 2023 00:19:35 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777653 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 09 2023 00:19:35 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14765179 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 09 2023 00:14:00 | Ally Financial, Inc., 500 Woodard Ave., Detroit MI 48226-3416 |
| 14782909 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:19:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14806518 | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14789021 | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14773124 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2023 00:19:38 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14773125 | | Email/Text: bankruptcy@philapark.org | Dec 09 2023 00:15:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14773126 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2023 00:14:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14773127 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 23-10748-mdc    Doc 68    Filed 12/10/23    Entered 12/11/23 00:29:10    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 155 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 09 2023 00:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14773128 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2023 00:19:37 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14773130 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 09 2023 00:15:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14773131 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 09 2023 00:15:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14773132 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2023 00:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14771141 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2023 00:30:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14773135 | | Email/Text: EBN@Mohela.com | Dec 09 2023 00:14:00 | Mohela, Attn: Bankruptcy 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14784535 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 09 2023 00:14:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14780257 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 09 2023 00:14:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14773140 | ^ | MEBN | Dec 09 2023 00:11:07 | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14773137 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 09 2023 00:14:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14773142 | + | Email/Text: bankruptcy@philapark.org | Dec 09 2023 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14774075 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14777533 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773123 | | Email/Text: bankruptcy@self.inc | Dec 09 2023 00:14:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 14773144 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 09 2023 00:14:00 | State of Delaware, Department of Justice, 820 N French St, Wilmington, DE 19801-3520 |
| 14773143 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 09 2023 00:14:00 | State of Delaware, Division of Revenue, 820 N French St, Wilmington, DE 19801-3530 |
| 14778266 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2023 00:19:37 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14798528 | + | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | The City of Philadelphia, Water Revenue Bureau, c/o Pamlea Elchert Thurmond, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1663 |
| 14773146 | ^ | MEBN | Dec 09 2023 00:10:56 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14773147 | ^ | MEBN | Dec 09 2023 00:10:50 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 30

# BYPASSED RECIPIENTS

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Dec 08, 2023 Form ID: 155 Total Noticed: 40

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14781556 | *+ | Philadelphia Municipal Court Traffic Division, 800 Spring Garden Street, Philadelphia PA 19123-2616 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name**　　　　**Email Address**

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
　　on behalf of Debtor Monica Mombrun mail@cibiklaw.com
　　cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL I. ASSAD
　　on behalf of Debtor Monica Mombrun mail@cibiklaw.com
　　cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

PAMELA ELCHERT THURMOND
　　on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REGINA COHEN
　　on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Monica Mombrun
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10748−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this December 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

67 − 64
Form 155